# In the United States Court of Federal Claims

No. 04-28 C
(Filed: February 23, 2006)

**************************************
*
**HONEYWELL NORMALAIR-GARRETT HOLDINGS LDT., et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
**CARLETON LIFE SUPPORT SYSTEMS, INC.,** *
*
**Defendant-Intervenor,** *
*
**RAYTHEON AIRCRAFT COMPANY,** *
*
**Defendant-Intervenor.** *
*
**************************************

## ORDER

In view of the continuation of settlement negotiations until April 28, 2006, the status conference scheduled for March 20, 2006, is hereby canceled.

The parties are reminded, however, that a joint status report is due on **March 13, 2006**. In the report, the parties shall discuss in detail the status of settlement discussions including, *inter alia*, meetings that were held and who was in attendance at such meetings. In addition, the parties are hereby ORDERED to file a joint status report on **May 12, 2006**.

The Court further ORDERS that the parties shall appear for a status conference on **May 22, 2006**, at 1:00 pm Eastern Time. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five

business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge