IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>CARLETON LIFE SUPPORT SYSTEMS, INC.,<br><br>Defendant-Intervenor, and<br><br>RAYTHEON AIRCRAFT COMPANY,<br><br>Defendant-Intervenor. | No. 04-0028C<br>Chief Judge Edward J. Damich<br>(Trial) |

JOINT STATUS REPORT

Pursuant to the Court's February 23, 2006 Order, plaintiffs, Honeywell Normalair-Garrett Holdings Ltd., Honeywell Aerospace UK, and Honeywell International Inc. (collectively "Honeywell"), defendant, the United States (the "Government"), and defendant-intervenors Carleton Life Support Systems, Inc. ("Carleton") and Raytheon Aircraft Company ("Raytheon") hereby submit this Joint Status Report.

All parties expect that additional discovery remains to be taken within the time permitted by the Court's procedural order. In parallel, the parties have continued their settlement discussions.[1] These settlement discussions are summarized as follows:

<u>January 2006</u>

The parties exchanged correspondence concerning various settlement topics in January. The parties then agreed to a further meeting to discuss these settlement positions. The following individuals attended a settlement conference at the Washington, DC office of Howrey LLP: Mark Koehn, Victor Miller, and David Brafman (Honeywell); Bert Reiser and Jay Guiliano (Carleton); Michael Clark (Northrop Grumman[2]). During the conference, the parties discussed settlement positions involving certain scenarios. The parties were unable to agree to terms on which the matter could be settled. The parties did benefit from the exchange of views and agreed to continue settlement discussions.

<u>February 2006</u>

Mark Koehn (Honeywell) and Jay Guiliano (Carleton) continued discussions concerning issues involving a different design of the accused device.

[1] Raytheon and the Government have been in discussions with Carleton counsel regarding all of the ongoing settlement discussions. Indeed, prior to, and in anticipation of, the meeting with Honeywell, Raytheon and the Government discussed their settlement positions with Carleton counsel.

[2] Northrop Grumman is not a named party in this litigation. Northrop Grumman, however, previously had an ownership interest with respect to Carleton, and has asserted in settlement discussions that it maintains an interest in the resolution of this litigation.

March 2006

Michael Clark (Northrop Grumman) and Victor Miller (Honeywell) continued to address the appropriate valuation methodology for the two asserted patents. Mark Koehn and David Isaacson (Honeywell) and Bert Reiser and Jay Guiliano (Carleton) also held further discussions concerning the potential effect of a different design of the accused device on valuation and settlement.

The parties will continue to confer on settlement issues while pursuing necessary outstanding discovery.

Respectfully submitted,

March 13, 2006

s/ Lawrence J. Gotts by s/Walter W. Brown
Lawrence J. Gotts
Mark Koehn
Elizabeth Miller Roesel
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

March 13, 2006
Of Counsel:
ERICA A. FRANKLIN
Department of Justice

s/ Walter W. Brown
WALTER W. BROWN
Attorney
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorney for the United States

March 13, 2006

s/ W. Samuel Niece by s/ Walter W. Brown
W. SAMUEL NIECE
THELEN REID & PRIEST LLP.
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 282-1842
Facsimile: (408) 278-8242

JAMES M. HALL
THELEN REID & PRIEST LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2236
Facsimile: (212) 603-2001

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company

March 13, 2006

s/ Bert C. Reiser by s/ Walter W. Brown

BERT C. REISER
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorney for Defendant-Intervenor
Carleton Life Support Systems, Inc.