# In the United States Court of Federal Claims

No. 04-28 C
(Filed: March 20, 2006)

****************************************
*
**HONEYWELL NORMALAIR-GARRETT HOLDINGS LDT., et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant,** *
*
**CARLETON LIFE SUPPORT SYSTEMS, INC.,** *
*
**Defendant-Intervenor,** *
*
**RAYTHEON AIRCRAFT COMPANY,** *
*
**Defendant-Intervenor.** *
*
****************************************

## ORDER

On December 16, 2005, the Parties were each notified that this case would be designated as an Electronic Case File (ECF) on or after February 17, 2006, and were advised to obtain an ECF account before that date.

On February 23, 2006, this case was designated as an ECF case. Although Defendant's counsel had an ECF account at that time, Plaintiff's counsel, counsel for Intervenor Defendant, Raytheon Aircraft Co., and counsel for Intervenor Defendant, Carleton Life Support Systems, Inc., still did not have ECF accounts. They were ordered to obtain an ECF account on or before March 10, 2006. Counsel for Intervenor Defendant, Raytheon Aircraft Co., obtained his account by that date; however, Plaintiff's counsel and counsel for Intervenor Defendant, Carleton Life Support Systems, Inc., have not yet obtained ECF accounts.

The Court hereby ORDERS Plaintiff's counsel and counsel for Intervenor Defendant, Carleton Life Support Systems, Inc., to obtain an ECF account on or before **April 10, 2006**, or this case will be dismissed without prejudice for failure to prosecute and for failure to heed the Court's orders.

The Clerk of the Court is ORDERED to mail a copy of this order to Plaintiff's counsel and to counsel for Intervenor Defendant, Carleton Life Support Systems, Inc.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge