Electronically Filed on 4/28/06

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant, and**<br><br>**CARLETON LIFE SUPPORT SYSTEMS, INC.,**<br><br>**Defendant-Intervenor, and**<br><br>**RAYTHEON AIRCRAFT COMPANY,**<br><br>**Defendant-Intervenor.** | **No. 04-0028C**<br><br>**Judge Edward M. Damich (Trial)** |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT UNITED STATES TO DESIGNATE WITNESSES UNDER RCFC 30(b)(6)**

Plaintiffs Honeywell Normalair-Garrett Holdings, Ltd., Honeywell Aerospace UK, and Honeywell International Inc. (collectively, "Honeywell") move this Court to compel Defendant United States (the "Government") to designate witnesses to testify on its behalf in accordance with Rule of the United States Court of Federal Claims ("RCFC") 30(b)(6) as to all topics of Honeywell's Notice of Rule 30(b)(6) Deposition to the Government, to award Honeywell its costs and reasonable attorneys' fees in litigating this motion, and to grant such other relief as the Court may deem appropriate.

**Certification Required Under RCFC 37(a)(2)(A)**

Honeywell certifies that it has conferred in good faith with counsel for the Government in an effort to secure the required discovery without court action.

Respectfully submitted,

s/Lawrence J. Gotts

Lawrence J. Gotts
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
Tel.: (703) 770-7900
Fax: (703) 770-7901

OF COUNSEL:

Mark Koehn
David C. Isaacson
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 790-7900
(703) 790-7901 (fax)

Attorneys for Plaintiffs
Honeywell Normalair-Garrett Holdings, Ltd.,
Honeywell Aerospace UK, and
Honeywell International Inc.

Dated: April 28, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing PLAINTIFFS' MOTION TO COMPEL DEFENDANT UNITED STATES TO DESIGNATE WITNESSES UNDER RCFC 30(b)(6), to be served electronically by CM/ECF filing and/or email (.pdf) this 28th day of April, 2006 on:

Bert C. Reiser, Esq.
Jay Guiliano, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave, N.W.
Washington, D.C. 20004-2402
reiserb@howrey.com
guilianoj@howrey.com

Attorneys for Defendant-Intervenor
Carleton Life Support Systems, Inc.

W. Samuel Niece, Esq.
Thelen Reid & Priest LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
wsniece@thelenreid.com

James Hall, Esq.
Thelen Reid & Priest LLP
875 Third Avenue 10th Floor
New York, New York 10022-6225
jhall@thelenreid.com

Attorneys for Defendant-Intervenor
Carleton Aircraft Company.

John Fargo, Esq.
Walter W. Brown, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
john.fargo@usdoj.gov
walter.brown@usdoj.gov

Attorneys for the United States

s/Mark Koehn
Mark Koehn