**EXHIBIT F**

**Summary of Results of Meet & Confer on Government's Rule 30(b)(6) Designees -- as of April 28, 2006**

| Topic | Govt Designee | Date Offered | Add'l Govt Designee | Date Offered |
|---|---|---|---|---|
| 1 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 2 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 3 | *Govt Refuses To Provide Designee | | | |
| 4 | In part, by each Govt Designee | On date offered | | |
| 5 | In part, by each Govt Designee | On date offered | | |
| 6 | *Govt Refuses To Provide Designee | | | |
| 7 | *Govt Refuses To Provide Designee | | | |
| 8 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 9 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 10 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 11 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 12 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 13 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 14 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |
| 15 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |
| 16 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |
| 17 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |

WPAFB = Wright-Patterson Air Force Base, Dayton, Ohio
PAX River = Patuxent River Naval Air Station, Southern Maryland