# FILED UNDER SEAL

**EXHIBIT G**