IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant, and**<br><br>**CARLETON LIFE SUPPORT SYSTEMS, INC.,**<br><br>**Defendant-Intervenor, and**<br><br>**RAYTHEON AIRCRAFT COMPANY,**<br><br>**Defendant-Intervenor.** | **No. 04-0028C**<br><br>**Judge Edward M. Damich (Trial)** |

**[DRAFT] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT-INTERVENOR CARLETON LIFE SUPPORT SYSTEMS, INC. TO DESIGNATE WITNESSES UNDER RCFC 30(b)(6)**

THIS MATTER having come before the Court on Plaintiffs' motion to compel Defendant-Intervenor Carleton Life Support Systems, Inc. to designate witnesses under Rule of the United States Court of Federal Claims ("RCFC") 30(b)(6), it appearing to the Court that the motion should be granted, it is hereby

ORDERED that within five days of the date of this Order, Defendant-Intervenor Carleton Life Support Systems, Inc. shall designate witnesses to testify as to Topic 3 of Plaintiffs' Substitute Notice of Rule 30(b)(6) Deposition to Carleton on Topics 1-5 and all topics of Plaintiffs' Notice of Rule 30(b)(6) Deposition to Carleton on Topics 6-23, and it is further

ORDERED that each witness designated shall be fully prepared to testify as to the topics as to which such witnesses are designated, and it is further

ORDERED that Defendant-Intervenor Carleton Life Support Systems, Inc. shall pay Plaintiffs' costs and reasonable attorneys' fees accrued in connection with Plaintiffs' motion. The parties shall meet and confer within five days of the date of this order to seek agreement as to the amount of costs and reasonable attorneys' fees.

Date:____________________

_________________________________
Hon. Edward M. Damich
Judge, United States Court of Federal Claims