# FILED UNDER SEAL

**EXHIBIT B**