IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>CARLETON LIFE SUPPORT SYSTEMS, INC.,<br><br>Defendant-Intervenor, and<br><br>RAYTHEON AIRCRAFT COMPANY,<br><br>Defendant-Intervenor. | No. 04-0028C<br><br>Judge Edward M. Damich (Trial) |

**[DRAFT] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DEFENDANT UNITED STATES TO DESIGNATE WITNESSES UNDER RCFC 30(b)(6)**

THIS MATTER having come before the Court on Plaintiffs' motion to compel Defendant United States to designate witnesses under Rule of the United States Court of Federal Claims ("RCFC") 30(b)(6), it appearing to the Court that the motion should be granted, it is hereby

ORDERED that within five days of the date of this Order, Defendant United States shall designate witnesses to testify as to all topics in Plaintiffs' Notice of Rule 30(b)(6) Deposition to the Government, and it is further

ORDERED that Defendant United States shall pay Plaintiffs' costs and reasonable attorneys' fees accrued in connection with Plaintiffs' motion. The parties shall meet and confer

within five days of the date of this order to seek agreement as to the amount of costs and reasonable attorneys' fees.

Date:____________________

______________________________
Hon. Edward M. Damich
Judge, United States Court of Federal Claims