# EXHIBIT C

-----Original Message-----
From: Walter.Brown2@usdoj.gov [mailto:Walter.Brown2@usdoj.gov]
Sent: Wednesday, April 19, 2006 9:11 PM
To: Koehn, Mark R.
Cc: Isaacson, David C.; Erica.Franklin@usdoj.gov; John.Fargo@usdoj.gov
Subject: RE: Honewell v United States; USCFC No. 04-0028C -- Please Identify ASAP The #ed Topic(s) That The Govt Now Refuses To Provide A Designee On. Thanks.

Mark,

Pursuant to our phone conferences yesterday, the Government will designate witnesses for Topics 1, 2, 4, 5, and 12-17.

The Government will not designate witnesses for Topics 3, 6, and 7, which address the factual bases of various legal contentions. The persons most knowledgeable with respect to the factual bases of the Government's contentions are the Government's attorneys. Presenting Government attorneys as deposition witnesses would be disruptive, unreasonable, and unduly risk disclosure of privileged information. Moreover, the factual bases sought by Honeywell through 30(b)(6) depositions have already been obtained by its contention interrogatories, to which the Government submitted detailed responses several months ago. See Exxon Research & Eng'g Co. v. United States, 44 Fed. Cl. 597, 602 (1999).

With regard to Topics 8-11 (each regarding the licensing of patents that the Government contends is "comparable to the '331 patent or the '256 patent"), we will also designate witnesses per your request. Nevertheless, we again note that, in our objections, the Government clearly stated "that it has not licensed and does not anticipate licensing to another any patents that it views as comparable to the '331 patent and '256 patent."

With this in mind, the Government's designees will address the efforts made by Government agencies to identify licensing information relating to the relevant technology. The designees will not address any legal contentions implicated by these topics. At this time, we anticipate multiple designees from both the U.S. Navy and the U.S. Air Force.

-Wally

Walter W. Brown
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Room 11000
Washington, D.C. 20005
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

-----Original Message-----
From: mark.koehn@pillsburylaw.com [mailto:mark.koehn@pillsburylaw.com]
Sent: Wednesday, April 19, 2006 6:37 PM

To: Brown, Walter (CIV)
Cc: david.isaacson@pillsburylaw.com
Subject: RE: Honewell v United States; USCFC No. 04-0028C -- Please Identify ASAP The #ed Topic(s) That The Govt Now Refuses To Provide A Designee On. Thanks.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

============================================================
The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

============================================================

# EXHIBIT F

**Summary of Results of Meet & Confer on Government's Rule 30(b)(6) Designees -- as of April 28, 2006**

| Topic | Govt Designee | Date Offered | Add'l Govt Designee | Date Offered |
|---|---|---|---|---|
| 1 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 2 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 3 | *Govt Refuses To Provide Designee | | | |
| 4 | In part, by each Govt Designee | On date offered | | |
| 5 | In part, by each Govt Designee | On date offered | | |
| 6 | *Govt Refuses To Provide Designee | | | |
| 7 | *Govt Refuses To Provide Designee | | | |
| 8 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 9 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 10 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 11 | Promised, but not yet identified (re Air Force) | Maybe week of 5/15 @ WPAFB | Promised, but not yet identified (re Navy) | Maybe 5/30 and/or 5/31 @ Pax River |
| 12 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 13 | Dennis Schroll (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Dennis Gordge (re Navy) | 5/30 @ PAX River |
| 14 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |
| 15 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |
| 16 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |
| 17 | Chris Kirbabas (re Air Force) | Likely 5/16 or 5/17 @ WPAFB | Denise Farmer (re Navy) | 5/31 @ PAX River |

WPAFB = Wright-Patterson Air Force Base, Dayton, Ohio
PAX River = Patuxent River Naval Air Station, Southern Maryland