# FILED UNDER SEAL

**EXHIBIT D**