**FILED UNDER SEAL**

**EXHIBIT E**