# FILED UNDER SEAL

EXHIBIT G