Electronically Filed on 5/2/06

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant, and**<br><br>**CARLETON LIFE SUPPORT SYSTEMS, INC.,**<br><br>**Defendant-Intervenor, and**<br><br>**RAYTHEON AIRCRAFT COMPANY,**<br><br>**Defendant-Intervenor.** | **No. 04-0028C**<br><br>**Judge Edward M. Damich (Trial)** |

**PLAINTIFFS' MOTION TO COMPEL DEFENDANT-INTERVENOR CARLETON LIFE SUPPORT SYSTEMS TO DESIGNATE WITNESSES UNDER RCFC 30(b)(6)**

Plaintiffs Honeywell Normalair-Garrett Holdings, Ltd., Honeywell Aerospace UK, and Honeywell International Inc. (collectively, "Honeywell") move this Court to compel Defendant-Intervenor Carleton Life Support Systems, Inc. ("Carleton") to designate witnesses to testify in accordance with Rule of the United States Court of Federal Claims ("RCFC") 30(b)(6) as to Topic 3 of Honeywell's Substitute Notice of Rule 30(b)(6) Deposition to Carleton on Topics 1-5 and Topics 6 through 23 of Honeywell's Notice of Rule 30(b)(6) Deposition to Carleton on Topics 6-23, to award Honeywell its costs and reasonable attorneys' fees in litigating this motion, and to grant such other relief as the Court may deem appropriate.

If the Court finds that RCFC 30(b)(6) is governed by RCFC 30(a)(2)(B) and that Honeywell's Rule 30(b)(6) Notice on Topics 6-23 is subject to RCFC 30(a)(2)(B), Honeywell requests this Court to grant it leave to depose Carleton on deposition Topics 6 through 23.

**Certification Required Under RCFC 37(a)(2)(A)**

Honeywell certifies that it has conferred in good faith with counsel for Carleton in an effort to secure the required discovery without court action.

Respectfully submitted,

s/Lawrence J. Gotts
Lawrence J. Gotts
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
Tel.: (703) 770-7900
Fax: (703) 770-7901

OF COUNSEL:

Mark Koehn
David C. Isaacson
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 790-7900
(703) 790-7901 (fax)

Attorneys for Plaintiffs
Honeywell Normalair-Garrett Holdings Ltd.,
Honeywell Aerospace UK, and
Honeywell International Inc.

Dated: April 28, 2006