# EXHIBIT A

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant, and<br><br>CARLETON LIFE SUPPORT SYSTEMS, INC.<br><br>Defendant-Intervenor, and<br><br>RAYTHEON AIRCRAFT COMPANY,<br><br>Defendant-Intervenor. | No. 04-0028C<br><br>Judge Nancy B. Firestone (Trial)<br><br>Judge Eric G. Bruggink (ADR) |

**SUBSTITUTE NOTICE OF RULE 30(b)(6) DEPOSITION TO CARLETON ON TOPICS 1 – 5**


Bert C. Reiser, Esq.
Jay Guiliano, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave, N.W.
Washington, D.C. 20004-2402
reiserb@howrey.com
guilianoj@howrey.com

Attorneys for Defendant-Intervenor Carleton Life Support Systems, Inc.

John Fargo, Esq.
Walter W. Brown, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
john.fargo@usdoj.gov
walter.brown@usdoj.gov

Attorneys for the United States

W. Samuel Niece, Esq.
Thelen Reid & Priest LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
wsniece@thelenreid.com

James Hall, Esq.
Thelen Reid & Priest LLP
875 Third Avenue 10th Floor
New York, New York 10022-6225
jhall@thelenreid.com

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company.

**PLEASE TAKE NOTICE THAT** pursuant to Rule 30(b)(6) of Rules of the United States Court of Federal Claims ("RCFC"), counsel for Plaintiffs Honeywell Normalair-Garrett Holdings, Ltd., Honeywell Aerospace UK, and, Honeywell International Inc. ("Honeywell") shall take the deposition upon oral examination of Defendant-Intervenor Carleton Life Support Systems, Inc. ("Carleton") on Friday, August 5, 2005, commencing at 9:00 o'clock a.m., before a certified court reporter and videographer at the offices of Pillsbury Winthrop Shaw Pittman LLP, 1650 Tysons Boulevard, McLean, VA 22102-4859 or such other date and location as may be agreed to by the parties. You are invited to attend and cross-examine.

**DEFINITIONS & INSTRUCTIONS**

A. Honeywell hereby incorporates the definitions set forth in its first set of document requests to Carleton except that for purposes of this notice the term "oxygen system" shall mean "on-board oxygen generation or concentration system for aircraft

(including an apparatus or method) that controls the composition of product gas utilizing molecular sieves operated in a partially saturated condition."

## TOPICS

Pursuant to RCFC 30(b)(6), Carleton must designate one or more officers, directors, or managing agents, or other qualified persons to testify regarding all matters known or reasonably available to it on the following topics:

1. Identity of each and every marketing name, internal name, and all other unique designations for all oxygen systems that you have purchased or sold for use or manufacture by or for the Government, including aircraft that incorporates such systems, from 1990 to the present.
2. Structure, function and operation of each oxygen system (including oxygen concentrator PNs 3261132-0101, 3261132-0102, 3261132-0103, 3261132-0104, and 3261132-0105), that you have purchased or sold for use or manufacture by or for the Government, including aircraft that incorporates such systems, from 1990 to the present, including the following subtopics:
    a. pneumatic and functional description of the oxygen system;
    b. identification and functional description of each component of the oxygen system used to generate product gas and to control composition of product gas, including molecular sieves, slide valve, valves, solenoids, controller/monitor ("CM");
    c. interconnectivity oxygen system components in the oxygen system, including molecular sieves, slide valve, valves, solenoids, and CM;
    d. control of valves, slide valve and solenoids;
    e. implementation of pressure swing adsorption;

f. algorithm(s) used by the controller/monitor to control product gas composition including oxygen concentration;

g. input signals and data to the CM for controlling composition of product gas;

h. output signals and data from the CM for controlling composition of product gas;

i. determination of adsorption charge phase duration;

j. determination of desorption regeneration phase duration;

k. determination of the ratio of adsorption charge phase duration to desorption regeneration phase duration;

l. monitoring and use of oxygen concentration, cabin pressure and cabin altitude by sensors or monitors; and

m. calculation and use of oxygen partial pressure.

3. The factual bases underlying Carleton's assertion that its oxygen systems do not infringe any asserted claims of U.S. Patent No. 4,661,124, U.S. Patent No. 6,077,331 and/or U.S. Patent No. 6,383,256, including:

a. factual bases underlying Carleton's statement made in response to Honeywell's interrogatory number 5 that "Carleton's products do not include said controlling step including the steps of determining the cabin pressure, and then selecting the appropriate overall cycle time and relative duration of each phase from predetermined values appropriate for the determined cabin pressure;"

b. factual bases underlying Carleton's statement made in response to Honeywell's interrogatory number 5 that "Carletons's products do not include at one or more of the following: 'a control means to control the sieve beds so as to produce a predetermined desired constituent concentration in the product gas which

predetermined desired constituent concentration varies during an operation period'; 'to adjust the duration of the adsorption charge phase relative to the duration of the desorption regeneration phase in each cycle of each sieve bed;'" and

c. factual bases underlying Carleton's statement made in response to Honeywell's interrogatory number 5 that "Carleton's products do not include at least on or more of the following: 'controlling the sieve beds to achieve a constituent concentration in the product gas close to the desired constituent concentration in the product gas'; 'varying the duration of the adsorption charge phase relative to the duration of the desorption regeneration phase of each sieve bed in each generally constant cycle.'"

4. Efforts to respond to Honeywell's discovery requests including efforts to identify, locate and collect documents and things responsive to Honeywell's requests for production, including categories of document reviewed or considered and identity and location of individuals contacted.

5. Identification of each document reviewed or otherwise used in preparation for responding to the topics in this 30(b)(6) notice, including identification by Bates range if such documents have been produced or by Title and location if such documents have not been produced.

Respectfully submitted,

Lawrence J. Gotts
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
Tel.: (703) 770-7900
Fax: (703) 770-7901

OF COUNSEL:

Mark Koehn
David C. Isaacson
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 790-7900
(703) 790-7901 (fax)

Attorneys for Plaintiffs Honeywell Normalair-Garrett Holdings Ltd., Honeywell Aerospace UK, and Honeywell International Inc.

Dated: July 29, 2005

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of SUBSTITUTE NOTICE OF RULE 30(b)(6) DEPOSITION TO CARLETON ON TOPICS 1 - 5 to be served by email (.pdf) and Federal Express this 29th day of July, 2005 on:

Bert C. Reiser, Esq.
Jay Guiliano, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave, N.W.
Washington, D.C. 20004-2402
reiserb@howrey.com
guilianoj@howrey.com

Attorneys for Defendant-Intervenor
Carleton Life Support Systems, Inc.

John Fargo, Esq.
Walter W. Brown, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
john.fargo@usdoj.gov
walter.brown@usdoj.gov

Attorneys for the United States

W. Samuel Niece, Esq.
Thelen Reid & Priest LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
wsniece@thelenreid.com

James Hall, Esq.
Thelen Reid & Priest LLP
875 Third Avenue 10th Floor
New York, New York 10022-6225
jhall@thelenreid.com

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company.

David C. Isaacson