# FILED UNDER SEAL

EXHIBIT B