**FILED UNDER SEAL**

# EXHIBIT C