# In the United States Court of Federal Claims

No. 04-28 C
(Filed: May 3, 2006)

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS LDT., et al., | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| CARLETON LIFE SUPPORT SYSTEMS, INC., | * |
| Defendant-Intervenor, | * |
| RAYTHEON AIRCRAFT COMPANY, | * |
| Defendant-Intervenor. | * |

**ORDER**

On April 28, 2006, Plaintiff attempted to file a Motion to Compel Defendant United States to Designate Witnesses Under RCFC 30(b)(6), a Memorandum in Support of the Motion to Compel Defendant United States to Designate Witnesses Under RCFC 30(b)(6), a Motion to Compel Defendant-Intervenor Carleton Life Support Systems to Designate Witnesses Under RCFC 30(b)(6), and a Memorandum in Support of the Motion to Compel Defendant-Intervenor Carleton Life Support Systems to Designate Witnesses Under RCFC 30(b)(6). The filings failed to comply with RCFC 7(b) (supporting memorandum shall be attached to motion) and 5.2(a)(1)(A) (table of contents/index to appendix required). On May 1, 2006, the Court struck the documents from the docket, noting the deficiencies, and ordered Plaintiff to file the documents in corrected form.

On May 2, 2006, Plaintiff again attempted to file the documents. Although the documents were in compliance with RCFC 7(b), the documents still did not comply with RCFC 5.2(a)(1)(A). The Court hereby grants leave for the filing of the documents. In the future, all filings must be in compliance with the Rules of the Court of Federal Claims, including RCFC 5.2(a)(1)(A).

On April 28, 2006, and again on May 2, 2006, Plaintiff also filed in paper those attachments that were to be filed under seal. The Clerk of the Court is hereby ORDERED to return those filings to Plaintiff. Plaintiff is granted leave to file those attachments electronically under seal and is hereby ORDERED to do so on or before **May 8, 2006**.

In the future, all documents filed by the Parties under seal pursuant to the March 9, 2005, Stipulated Protective Order shall be filed electronically. Furthermore, the Court hereby grants leave to file electronically all future documents under seal pursuant to ¶ 7 of General Order No. 42A.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge