Electronically Filed on 5/5/06

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant, and** <br><br> **CARLETON LIFE SUPPORT SYSTEMS, INC.,** <br><br> **Defendant-Intervenor, and** <br><br> **RAYTHEON AIRCRAFT COMPANY,** <br><br> **Defendant-Intervenor.** | **No. 04-0028C** <br><br> **Judge Edward M. Damich (Trial)** |

**PLAINTIFFS' MOTION TO SET THE TIME FOR THE GOVERNMENT AND CARLETON TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL**

Plaintiffs Honeywell Normalair-Garrett Holdings, Ltd., Honeywell Aerospace UK, and Honeywell International Inc. (collectively, "Honeywell") move this Court to issue an order clarifying that the deadline for the Defendants United States (the "Government") and Carleton Life Support Systems, Inc. ("Carelton") to respond to Plaintiffs' Motion to Compel Defendant United States to Designate Witnesses Under RCFC 30(b)(6) and Plaintiffs' Motion to Compel Defendant Carleton Life Support Systems, Inc. (collectively "Plaintiffs' Motions to Compel") is no later than May 15, 2006.

Honeywell prepared, and filed its Motions to Compel using the Court's CM/ECF filing system on April 28, 2006 with all exhibits and attachments, except for several sealed exhibits



400372918v1

that were filed in paper form using the night box. On the same day, the Defendants obtained service via .pdf/email through the CM/ECF with all exhibits and attachments, except for the sealed exhibits that were served by Honeywell counsel on May 1, 2006. The sealed exhibits were various discovery responses and deposition excerpts that either the Government or Carleton had designated "Outside Counsel Eyes Only" under the protective order – and were already in the possession of counsel for all parties.

Subsequent to its April 28, 2006 CM/ECF filing, Honeywell's Motions to Compel (with exhibits and attachments) have been the subject of two administrative orders regarding the form of Honeywell's filing and the appropriate use of CM/ECF. Honeywell responded to each order by refiling in a fashion it believed was consistent with the orders, the capabilities of the CM/ECF system, and procedural guidance to Honeywell's paralegal from the Clerk's Office staff.

Because Honeywell believes that the resolution of its Motions to Compel should not be slowed by any technical filing glitches (as all Defendants obtained service no later than May 1, 2006) and because timely resolution of these motions may help all counsel avoid multiple trips with respect to deposition testimony offered beyond the DC area during May 2006, Honeywell asked all Defendants whether they would object if Honeywell moves for an order clarifying or resetting the opposition briefs deadline to May 15, 2006 with respect to Honeywell's motions. (See Exhibit 1.) None of the Defendants responded.

For these reasons, which clearly demonstrate that there would be no prejudice to Defendants if the Court issued an order clarifying that their deadline to respond to Honeywell's Motions to Compel is May 15, 2006, Honeywell requests that the Court enter the [Proposed] Order accompanying this motion.

Respectfully submitted,

s/Lawrence J. Gotts
Lawrence J. Gotts
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
Tel.: (703) 770-7900
Fax: (703) 770-7901

OF COUNSEL:

Mark Koehn
David C. Isaacson
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 790-7900
(703) 790-7901 (fax)

Attorneys for Plaintiffs
Honeywell Normalair-Garrett Holdings, Ltd.,
Honeywell Aerospace UK, and
Honeywell International Inc.

Dated: May 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing **PLAINTIFFS' MOTION TO SET THE TIME FOR THE GOVERNMENT AND CARLETON TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL** and all attachments thereto, to be served on May 5, 2006 via CM/ECF. These documents to be served electronically by CM/ECF this 5th day of May, 2006 on:

Bert C. Reiser, Esq.
Jay Guiliano, Esq.
Howrey Simon Arnold & White
1299 Pennsylvania Ave, N.W.
Washington, D.C. 20004-2402
reiserb@howrey.com
guilianoj@howrey.com

Attorneys for Defendant-Intervenor
Carleton Life Support Systems, Inc.

John Fargo, Esq.
Walter W. Brown, Esq.
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
john.fargo@usdoj.gov
walter.brown@usdoj.gov

Attorneys for the United States

W. Samuel Niece, Esq.
Thelen Reid & Priest LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
wsniece@thelenreid.com

James Hall, Esq.
Thelen Reid & Priest LLP
875 Third Avenue 10th Floor
New York, New York 10022-6225
jhall@thelenreid.com

Attorneys for Defendant-Intervenor
Carleton Aircraft Company

s/Nancy Sherbow
Nancy Sherbow