**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **THE UNITED STATES,** <br><br> **Defendant, and** <br><br> **CARLETON LIFE SUPPORT SYSTEMS, INC.,** <br><br> **Defendant-Intervenor, and** <br><br> **RAYTHEON AIRCRAFT COMPANY,** <br><br> **Defendant-Intervenor.** | **No. 04-0028C** <br><br> **Judge Edward M. Damich (Trial)** |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on PLAINTIFFS' MOTION TO SET THE TIME FOR THE GOVERNMENT AND CARLETON TO RESPOND TO PLAINTIFFS' MOTIONS TO COMPEL, it appearing to the Court that the motion should be granted, it is hereby

ORDERED that Defendants shall file their responses to Honeywell's pending motions to compel no later than May 15, 2006.

Date:____________________

____________________________
Hon. Edward M. Damich
Judge, United States Court of Federal Claims