# EXHIBIT 1

## Koehn, Mark R.

**From:** Koehn, Mark R.
**Sent:** Thursday, May 04, 2006 9:16 AM
**To:** Walter.Brown2@usdoj.gov; John.Fargo@usdoj.gov; Erica.Franklin@usdoj.gov; Reiser, Bert; Guiliano, Jay
**Cc:** Isaacson, David C.; Gotts, Lawrence
**Subject:** Honeywell v. US, Fed. Cl. No. 04-0028C - Meet & Confer re Deadline For Opposition Briefs To Honeywell's Recent Motions To Compel

Counsel:

Due to some technical glitches, our e-filing motions to compel are going in again today.

We believe that all parties have a common interest in resolving these motions sooner than later -- so that we might avoid multiple trips to Wright-Patterson, PAX River, & Iowa in the event Honeywell prevails (even in part).

You all received service via CM/ECF on Friday -- but for sealed exhibits that you received via .pdf/email on Monday. And the sealed exhibits were materials you already had.

Please reply as to whether you would object if Honeywell moves for an order clarifying or resetting the opposition briefs deadline to 5/15 with respect to Honeywell's motions.

Thanks in advance for your prompt response on this.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com