# In the United States Court of Federal Claims

No. 04-28 C
(Filed: May 8, 2006)

************************************
HONEYWELL NORMALAIR-GARRETT HOLDINGS LDT., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

CARLETON LIFE SUPPORT SYSTEMS, INC.,

Defendant-Intervenor,

RAYTHEON AIRCRAFT COMPANY,

Defendant-Intervenor.
************************************

## ORDER

On May 5, 2006, Plaintiffs filed a Motion to Set the Time for the Government and Carleton to Respond to Plaintiffs' Motions to Compel. In the motion, Plaintiffs ask the Court to reset the response due date for their Motion to Compel Defendant United States to Designate Witnesses Under RCFC 30(b)(6) and their Motion to Compel Defendant-Intervenor Carleton Life Support Systems to Designate Witnesses Under RCFC 30(b)(6) to May 15, 2006.

On April 28, 2006, Plaintiffs first attempted to file its Motions to Compel. The motions failed to comply with RCFC 7(b) (supporting memorandum shall be attached to motion) and 5.2(a)(1)(A) (table of contents/index to appendix required). On May 1, 2006, the Court struck the documents from the docket, noting the deficiencies, and ordered Plaintiffs to file the documents in corrected form.

On May 2, 2006, Plaintiffs again attempted to file the Motions to Compel. Although the documents were in compliance with RCFC 7(b), the documents still did not comply with RCFC 5.2(a)(1)(A). The Court, however, granted leave to file the documents despite the deficiency. The Court also ordered Plaintiffs to refile electronically the attachments under seal that had been filed in paper. Plaintiffs refiled the Motions to Compel along with the attachments under seal electronically on May 4, 2006.

Plaintiffs' Motion to Set the Time for the Government and Carleton to Respond to Plaintiffs' Motions to Compel is GRANTED IN PART. Because Plaintiff's Motions to Compel were substantially in compliance with the RCFC on May 2, 2006, the Court deems it appropriate to determine the response due date based on that date. The Clerk of Court is hereby ORDERED to reset the response due date for Plaintiffs' Motion to Compel Defendant United States to Designate Witnesses Under RCFC 30(b)(6) (filed May 4, 2006, docket entry 98) and for Plaintiffs' Motion to Compel Defendant-Intervenor Carleton Life Support Systems to Designate Witnesses Under RCFC 30(b)(6) (filed May 4, 2006, docket entry 97) to May 19, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge