# Exhibit List

| Exhibit | Description | Page |
|---|---|---|
| 1 | Letter from Walter Brown to Mark Koehn dated September 8, 2005 | A1-A4 |
| 2 | Letter from Walter Brown to Mark Koehn dated November 11, 2005 | A5-A8 |
| 3 | E-mail from Mark Koehn to Walter Brown, John Fargo, Erica Franklin, Bert Reiser, Jay Guiliano, W. Samuel Niece, and James Hall dated November 2, 2005 | A9-A10 |
| 4 | Notice of Deposition of Roger M. Marsh dated October 24, 2005; Notice of Deposition of Humphrey A. S. Hamlin dated October 24, 2005 | A11-A21 |
| 5 | Court Order filed December 19, 2005 | A22-A24 |
| 6 | E-mail from Mark Koehn to Walter Brown, John Fargo, Erica Franklin, W. Samuel Niece, James Hall, Bert Resier, and Jay Guiliano dated March 30, 2006 | A25-A26 |
| 7 | 2 e-mails from Mark Kohen to Walter Brown, Erica Franklin, John Fargo, W. Samuel Niece, James Hall, Bert Reiser, and Jay Guiliano dated March 30, 2006 and April 4, 2006 | A27-A29 |