# Exhibit 1

September 8, 2005

DEPARTMENT OF JUSTICE
QUI PRO DOMINA JUSTITIA SEQUITUR

**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Commercial Litigation Branch
Civil Division
U. S. Department of Justice
Washington, D.C. 20530

Fax No. (202) 307-0345
Voice No. (202) 307-0341

**SENT BY:** Walter W. Brown

**TO:** Mark Koehn
PILLSBURY WINTHROP SHAW PITTMAN LLP

**FAX No.** (703) 770-7901

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 2

**SPECIAL INSTRUCTIONS:**

**U.S. Department of Justice**

Civil Division

WWB
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

Telephone: (202) 307-0341
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

September 8, 2005

**VIA FACSIMILE**

Mark Koehn, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859

Re: *Honeywell Int'l Inc. v. United States*
Court of Federal Claims No. 04-0028C

Dear Mark:

In view of future discovery in this case, please inform Defendants' counsel as to the availability for deposition of the named inventors of the patents-in-suit: Humphrey A. S. Hamlin, Roger M. Marsh, and Robert John Phillips. Specifically, please inform us as to whether these individuals (1) are current employees of Honeywell or a subsidiary; (2) will be made available for deposition by Honeywell counsel; and (3) will have their depositions taken in the United States.

Please forward your response to all Defendants' counsel, as both defendant-intervenors have inquired about these topics. If you have any questions, please contact me at the number above.

Very truly yours,

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division

cc: W. Samuel Niece, Esq. (by e-mail)
Bert C. Reiser, Esq. (by e-mail)
Erica A. Franklin, Esq. (by e-mail)

P.01

TRANSACTION REPORT

SEP-08-2005 THU 10:46 AM

FOR:

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|---|---|---|---|---|---|---|---|---|
| SEP-08 | 10:45 AM | 97037707901 | 50" | 2 | FAX TX | OK | 397 | |

TOTAL : 50S PAGES: 2

September 8, 2005

**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Commercial Litigation Branch
Civil Division
U. S. Department of Justice
Washington, D.C. 20530

Fax No. (202) 307-0345
Voice No. (202) 307-0341

**SENT BY:** Walter W. Brown

**TO:** Mark Koehn
PILLSBURY WINTHROP SHAW PITTMAN LLP

**FAX No.** (703) 770-7901

**NUMBER OF PAGES SENT (INCLUDING COVER PAGE):** 2

**SPECIAL INSTRUCTIONS:**