# Exhibit 2

**U.S. Department of Justice**

Civil Division

WWB
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

Telephone: (202) 307-0341
Facsimile: (202) 307-0345

*Washington, D.C. 20530*

November 11, 2005

**VIA FACSIMILE AND E-MAIL**

Mark Koehn, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859

Re: *Honeywell Int'l Inc. v. United States*
Court of Federal Claims No. 04-0028C

Dear Mark:

I write in response to your e-mail of November 2, 2005, which addresses, in part, the Defendants' deposition notices of Humphrey Hamlin and Roger Marsh. In your e-mail, you state that Mr. Hamlin and Mr. Marsh are not presently employed by Honeywell, but will be represented by your firm. Despite being represented by Honeywell counsel, your stated position is that our notices of depositions for these individuals "do not constitute proper service" and that Honeywell counsel "is not authorized to accept service on their behalf."

In light of your representation of these individuals, we find Honeywell's position to be very uncooperative. Defendants first inquired about the availability of these individuals by letter of September 8, 2005, and were not informed of their availability until our phone conference of October 17, 2005. At that time, you indicated that Honeywell counsel represented Messrs. Hamlin and Marsh, but failed to indicate that your firm could not accept service. Rather, you first informed us of this issue on November 2nd, nine days after the service of Defendants' formal notices.

Accordingly, we request that Honeywell seek authorization to accept service on behalf of both individuals so that these depositions can go forward without further delay and unnecessary costs to Defendants. If no assurances are given within the next week, Defendants will file a Request for International Judicial Assistance under 28 U.S.C. § 1782 so that the Court can review the relevant facts and compel the testimony of Mr. Marsh and Mr. Hamlin.

Please contact me if you have any questions regarding this matter.

Very truly yours,

*Walter W. Brown*

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division

cc: W. Samuel Niece, Esq. (by e-mail)
Bert C. Reiser, Esq. (by e-mail)
Erica A. Franklin, Esq. (by e-mail)

P.01

TRANSACTION REPORT

NOV-11-2005 FRI 05:19 PM

FOR:

SEND

| DATE | START | RECEIVER | TX TIME | PAGES | TYPE | NOTE | M# | DP |
|---|---|---|---|---|---|---|---|---|
| NOV-11 | 05:18 PM | 97037707901 | 1'00" | 3 | FAX TX | OK | 509 | |

TOTAL : 1M 0S PAGES: 3

November 11, 2005

DEPARTMENT OF JUSTICE

QUI PRO DOMINA JUSTITIA SEQUITUR

**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**FROM:** Commercial Litigation Branch
Civil Division
U. S. Department of Justice
Washington, D.C. 20530

Fax No. (202) 307-0345
Voice No. (202) 307-0341

***SENT BY:*** *Walter W. Brown*

**TO:** Mark Koehn
PILLSBURY WINTHROP SHAW PITTMAN LLP

**FAX No.** (703) 770-7901

***NUMBER OF PAGES SENT (INCLUDING COVER PAGE):*** *3*

**SPECIAL INSTRUCTIONS:**