# Exhibit 3

**Franklin, Erica (CIV)**

**From:** mark.koehn@pillsburylaw.com
**Sent:** Wednesday, November 02, 2005 2:19 PM
**To:** Brown, Walter (CIV); Fargo, John (CIV); Franklin, Erica (CIV); reiserb@howrey.com; guilianoj@howrey.com; wsniece@thelenreid.com; jhall@thelenreid.com
**Cc:** lawrence.gotts@pillsburylaw.com; david.isaacson@pillsburylaw.com
**Subject:** Honeywell v. US, Fed. Cl. No. 04-0028C - Defendants' Deposition Notices

**Attachments:** tmp.htm

tmp.htm (3 KB)

Counsel:

This responds to Defendants' recent deposition notices.

We will be providing objections to the Rule 30(b)(6) notice and are currently working to identify designees who may provide testimony and the availability of such designees.

With respect to the notices of deposition for Messrs. Hamlin and Marsh, please note that neither is employed by Honeywell and Defendants' notices do not constitute proper service. Although we represent both Messrs. Hamlin and Marsh, we are not authorized to accept service on their behalf.

With respect to the notice of deposition for Mr. Phillips, which seeks his testimony on November 30, 2005, we will be proposing an alternative date for his testimony. Per my earlier discussion with Wally, we would be willing to bring him to the United States for his deposition unless Messrs. Hamlin and Marsh are to be deposed.

Thank you.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

============================================================
The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

============================================================