# Exhibit 4

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC., | |
| Plaintiffs, | |
| v. | No. 04-0028C<br>Judge Nancy B. Firestone (Trial) |
| THE UNITED STATES, | |
| Defendant, | Judge Eric G. Bruggink (ADR) |
| CARLETON LIFE SUPPORT SYSTEMS, INC., | |
| Defendant-Intervenor, and | |
| RAYTHEON AIRCRAFT COMPANY, | |
| Defendant-Intervenor | |

**NOTICE OF DEPOSITION OF ROGER M. MARSH**

**TO EACH PARTY AND ATTORNEY OF RECORD IN THIS ACTION:**

**YOU ARE HEREBY NOTIFIED THAT** Pursuant to Rule 30(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant the United States ("Government") and Defendant-Intervenors Raytheon Aircraft Company ("Raytheon") and Carleton Life Support Systems, Inc. ("Carleton") will take the deposition upon oral examination of Roger M. Marsh (co-inventor of the U.S. 4,661,124 patent-in-suit recipient of Development Report No. 2106W) on Monday, November 28, 2005, commencing at 9:30 a.m. before a certified court reporter and videographer at the offices of Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2402, and continuing from day to day thereafter until completed.

10-24-05
Date

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Of Counsel:
ERICA A. FRANKLIN
Department of Justice

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorney for the United States

Date

W. SAMUEL NIECE
THELEN REID & PRIEST LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 282-1842
Facsimile: (408) 278-8242

JAMES M. HALL
THELEN REID & PRIEST LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2236
Facsimile: (212) 603-2001

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company

Date

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Of Counsel:
ERICA A. FRANKLIN
Department of Justice

WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorney for the United States

10/24/05
Date

W. SAMUEL NIECE
THELEN REID & PRIEST LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 282-1842
Facsimile: (408) 278-8242

JAMES M. HALL
THELEN REID & PRIEST LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2236
Facsimile: (212) 603-2001

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company

10/24/05
Date

BERT C. REISER
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorney for Defendant-Intervenor
Carleton Life Support Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of NOTICE OF DEPOSITION OF ROGER M. MARSH was sent by e-mail and first-class mail this 24th day of October 2005 to:

Lawrence Gotts
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102

Attorney for Plaintiffs

Kaegan Marie Williams

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-0028C<br>Judge Nancy B. Firestone<br>(Trial)<br><br>Judge Eric G. Bruggink<br>(ADR) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| CARLETON LIFE SUPPORT SYSTEMS, INC., | ) | |
| Defendant-Intervenor, and | ) | |
| RAYTHEON AIRCRAFT COMPANY, | ) | |
| Defendant-Intervenor | ) | |

**NOTICE OF DEPOSITION OF HUMPHREY A. S. HAMLIN**

**TO EACH PARTY AND ATTORNEY OF RECORD IN THIS ACTION:**

**YOU ARE HEREBY NOTIFIED THAT** Pursuant to Rule 30(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Defendant the United States ("Government") and Defendant-Intervenors Raytheon Aircraft Company ("Raytheon") and Carleton Life Support Systems, Inc. ("Carleton") will take the deposition upon oral examination of Humphrey A. S. Hamlin (co-inventor of the U.S. 4,661,124 patent-in-suit and signatory to Development Report No. 2106W) on Tuesday, November 29, 2005, commencing at 9:30 a.m. before a certified court reporter and videographer at the offices of Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004-2402, and continuing from day to day thereafter until completed.

10-24-05
Date

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Of Counsel:
ERICA A. FRANKLIN
Department of Justice

Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorney for the United States

Date

W. SAMUEL NIECE
THELEN REID & PRIEST LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 282-1842
Facsimile: (408) 278-8242

JAMES M. HALL
THELEN REID & PRIEST LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2236
Facsimile: (212) 603-2001

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company

______________________
Date

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Of Counsel:
ERICA A. FRANKLIN
Department of Justice

______________________
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Attorney for the United States

---

10/24/05
Date

W S Niece
W. SAMUEL NIECE
THELEN REID & PRIEST LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 282-1842
Facsimile: (408) 278-8242

JAMES M. HALL
THELEN REID & PRIEST LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2236
Facsimile: (212) 603-2001

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company

10/24/05
Date

BERT C. REISER
HOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorney for Defendant-Intervenor
Carleton Life Support Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of NOTICE OF DEPOSITION OF HUMPHREY A. S. HAMLIN was sent by e-mail and first-class mail this 24th day of October 2005 to:

Lawrence Gotts
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102

Attorney for Plaintiffs

Kaegan-Marie Williams