# Exhibit 5

# In the United States Court of Federal Claims

FILED
DEC 19 2005
U.S. COURT OF FEDERAL CLAIMS

No. 04-28 C
(Filed: December 19, 2005)

***************************************

**HONEYWELL NORMALAIR-GARRETT HOLDINGS LDT., et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant,**

**CARLETON LIFE SUPPORT SYSTEMS, INC.,**

**Defendant-Intervenor,**

**RAYTHEON AIRCRAFT COMPANY,**

**Defendant-Intervenor.**

***************************************

## ORDER

Defendant's Motion for Leave to File Faxed Copies of Parties' Counsel's Signatures, filed on November 8, 2005, is GRANTED.

Pursuant to the status conference held on December 12, 2005, the Parties will continue with settlement negotiations and minimal discovery as agreed upon by the Parties through February 28, 2006.

A copy of the Court's Special Procedures Order for Cases under 28 U.S.C. § 1498(a) will be forthcoming. The Parties shall review the Procedures in preparation for claim construction. The Court may order supplemental filings by the Parties pursuant to the Court's Special Procedures Order at a later date.

The Parties are hereby ORDERED to file a joint status report on or before **March 13, 2006**, discussing the status of settlement negotiations, including *inter alia* meetings that were held and who was in attendance, and proposing a revised claim construction schedule.

The parties are further ORDERED to appear for a status conference on **March 20, 2006, at 1:00 pm Eastern Time.** The status conference will be held by telephone and will be held off the record. All parties shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at 202-357-6483 one day before the conference to provide the number where he or she can be reached.

Edward J. Damich
EDWARD J. DAMICH
Chief Judge