# Exhibit 6

## Franklin, Erica (CIV)

**From:** mark.koehn@pillsburylaw.com
**Sent:** Thursday, March 30, 2006 11:13 AM
**To:** Brown, Walter (CIV); Fargo, John (CIV); Franklin, Erica (CIV); wsniece@thelenreid.com; jhall@thelenreid.com; ReiserB@howrey.com; GuilianoJ@howrey.com
**Cc:** david.isaacson@pillsburylaw.com; lawrence.gotts@pillsburylaw.com
**Subject:** Honeywell v. US, Fed. Cl. No. 04-0028C - Schedule For Honeywell Witnesses And Request For Defendants' Witnesses & Offered Schedule

**Attachments:** tmp.htm

tmp.htm (3 KB)

Dear Counsel:

We are able to offer the following deposition schedule:

Robert John Phillips - Thursday, April 20 (individually and on 30(b)(6) topics per earlier response)

Lawrence Yeoell - Wednesday, April 26 (on 30(b)(6) topics per earlier response)

Please reply with the offered schedule for covering all topics and witnesses noticed by Honeywell. For 30(b)(6) witnesses, please identify the topics that each will cover.

As you know, Honeywell and Northrop Grumman inhouse counsel have had encouraging discussions, maybe even very encouraging discussions.
However, we must set a schedule to cover the noticed deposition discovery prior to the Court's April 28 deadline.

Thanks for your cooperation on this.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

============================================================
The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

============================================================