# Exhibit 1

HOWREY LLP

1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
T 202.783.0800
F 202.383.6610
www.howrey.com

September 20, 2005 (C/M#: 05333-0075; User ID: 1795)

David Isaacson, Esq. **(Via Courier)**
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859

Re: *Honeywell v. The United States, et. al* -- Case No. 04-0028C
Additional Carleton Source Code

Dear David:

I write concerning the production of additional Carleton source code ("Source Code"). We have enclosed for production bates numbers C 021595 - C 021640. Carleton is producing the Source Code under the OUTSIDE ATTORNEYS ONLY designation pursuant to the agreed upon restrictions specified below. The Source Code is marked with the additional legend LIMITED DISTRIBUTION - LOG ALL COPIES to indicate the requirement of a copy distribution log. It is our understanding that Pillsbury Winthrop Shaw Pittman ("Pillsbury"), as outside counsel for Honeywell, has agreed to the following restrictions concerning the Source Code, in addition to its continuing obligations under the Protective Order:

1. Pillsbury agrees to restrict its review of the CD version of the Source Code to a standalone computer disconnected from any network, any printer or any other electronic communication with or between another device. The standalone computer must remain isolated and disconnected from other devices at all times during which the CD version of the Source Code remains in the memory of the standalone computer.

2. Pillsbury agrees that it shall not make any copies of the CD version of the Source Code.

HOWREY LLP



3. Pillsbury agrees that it shall create and maintain a log reflecting the creation and distribution of each copy, or a portion thereof, of the Source Code. The log shall be made available to Carleton upon request.

Please contact us immediately to the extent that you disagree with the above.

Sincerely,

J. Jay Guiliano

Enclosures

cc: Walter Brown, Esq. (via facsimile w/out enclosures)
Sam Niece, Esq. (via facsimile w/out enclosures)
Mark Koehn, Esq. (via facsimile w/out enclosures)