# Exhibit 2

UNCLASSIFIED

# DEFENSE TECHNICAL INFORMATION CENTER

DEFENSE INFORMATION SYSTEMS AGENCY

DEFENSE TECHNICAL INFORMATION CENTER
8725 JOHN J. KINGMAN ROAD
SUITE 0944
FT. BELVOIR, VA 22060-6218

G002664

UNCLASSIFIED

UNCLASSIFIED

## Policy on the Redistribution of DTIC-Supplied Information

As a condition for obtaining DTIC services, all information received from DTIC that is not clearly marked for public release will be used only to bid or perform work under a U.S. Government contract or grant or for purposes specifically authorized by the U.S. Government agency that is sponsoring access. Further, the information will not be published for profit or in any manner offered for sale.

Non-compliance may result in termination of access and a requirement to return all information obtained from DTIC.

## NOTICE

We are pleased to supply this document in response to your request.

The acquisition of technical reports, notes, memorandums, etc., is an active, ongoing program at the **Defense Technical Information Center (DTIC)** that depends, in part, on the efforts and interest of users and contributors.

Therefore, if you know of the existence of any significant reports, etc., that are not in the **DTIC** collection, we would appreciate receiving copies or information related to their sources and availability.

The appropriate regulations are Department of Defense Directive 3200.12, DoD Scientific and Technical Information Program; Department of Defense Directive 5230.24, Distribution Statements on Technical Documents; American National Standard Institute (ANSI) Standard Z39.18-1987, Scientific and Technical Reports- Organization, Preparation, and Production; Department of Defense 5200. l-R, Information Security Program Regulation.

Our **Programs Management Branch, DTIC-OCP,** will assist in resolving any questions you may have concerning documents to be submitted. Telephone numbers for that office are **(703) 767-8038,** or **DSN 427-8038.** The **Reference Services Branch, DTIC-BRR**, will assist in document identification, ordering and related questions. Telephone numbers for that office are **(703) 767-9040,** or **DSN 427-9040.**

**DO NOT RETURN THIS DOCUMENT TO DTIC**

**EACH ACTIVITY IS RESPONSIBLE FOR DESTRUCTION OF THIS DOCUMENT ACCORDING TO APPLICABLE REGULATIONS.**

UNCLASSIFIED

DNC

LEVEL II

AD A100823

AF INSTITUTE OF TECHNOLOGY

DTIC FILE COPY

DTIC
ELECTE
JUL 1 1981
S D
D

DEPARTMENT OF THE AIR FORCE
AIR UNIVERSITY (ATC)

# AIR FORCE INSTITUTE OF TECHNOLOGY

Wright-Patterson Air Force Base, Ohio

DISTRIBUTION STATEMENT A
Approved for public release;
Distribution Unlimited

81 6 30 038

G002666

AFIT/GEO/EE/80D-2

Accession For
NTIS GRA&I X
DTIC TAB
Unannounced
Justification
By
Distribution/
Availability Codes
Dist Avail and/or Special
A

DIGITAL CONTROL SYSTEM FOR

AN ON-BOARD OXYGEN GENERATOR

THESIS

AFIT/GEO/EE/80D-2

Thomas C. Horch
Capt USAF

DTIC
ELECTE
JUL 1 1981
S D
D

Approved for public release; distribution unlimited.

AFIT/GEO/EE/80D-2

# DIGITAL CONTROL SYSTEM FOR AN ON-BOARD OXYGEN GENERATOR

THESIS

Presented to the Faculty of the School of Engineering
of the Air Force Institute of Technology
Air University
in Partial Fulfillment of the
Requirements for the Degree of
Master of Science

by
Thomas C. Horch, B.S.
CAPT USAF
Graduate Electro-Optics

December 1980

Approved for public release; distribution unlimited.

G002668

# Preface

A prototype On-Board Oxygen Generator system has been built and tested at the Air Force School of Aerospace Medicine. However, the oxygen generator must be controlled to generate a breathing product compatible with aircrew physiological requirements. This report describes a digital control system which is believed capable of controlling the generator under all anticipated conditions of use. At the time of this writing, the control system has met all requirements as specified by personnel at the School of Aerospace Medicine.

I would like to thank those people who contributed to the success of this thesis. They include the following: Major Borky, my thesis advisor; the entire staff of the Electrical Engineering Department technicians; Sharon Gabriel and my wife for typing this thesis. I would also like to thank my wife, Fran, for her continued support throughout my AFIT tour.

Thomas C. Horch