# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD.; HONEYWELL AEROSPACE UK; AND HONEYWELL INTERNATIONAL, INC., | |
| Plaintiffs, | NO. 04-0028C |
| vs. | VIDEOTAPED DEPOSITION OF RUSSELL HART |
| THE UNITED STATES, | |
| Defendant, and | |
| CARLETON LIFE SUPPORT SYSTEMS, INC., | |
| Defendant-Intervenor, and | |
| RAYTHEON AIRCRAFT COMPANY, | |
| Defendant-Intervenor. | |

THE VIDEOTAPED DEPOSITION OF RUSSELL HART, taken before Tammy L. Isley-Guenther, Certified Shorthand Reporter and Notary Public of the State of Iowa, commencing at 9 a.m., September 22, 2005, at 2734 Hickory Grove Road, Davenport, Iowa.

Reported by: Tammy L. Isley-Guenther, C.S.R.

A P P E A R A N C E S

Plaintiffs by: DAVID C. ISAACSON
Attorney at Law
Pillsbury, Winthrop, Shaw, Pittman
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 790-7900

Defendant The United States by: WALTER W. BROWN
ERICA A. FRANKLIN
Attorneys at Law
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20530
(202) 307-0341

Defendant Carleton Life Support Systems, Inc., by: J. JAY GUILIANO
Attorney at Law
Howrey LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2402
(202) 383-6905

Videographer: Tana Hurt

product gas or as part of the start-up test measuring the oxygen concentration of the air that we condition and is provided by the aircraft resources.

Q. Now, there's something over here called cabin. Do you see that?

A. Yes. I'm sorry. I forgot to mention that there's a cabin port on the controller monitor. Internal to the controller monitor is a pressure transducer that measures the absolute pressure of the cabin environment. So there's a pneumatic connection between our concentrator and the cabin so that we can tell what the absolute pressure is in the cabin.

Q. Why do you measure cabin pressure or why does Carleton measure cabin pressure?

MR. GUILIANO: Objection, compound.

Q. Strike that.

Why does Carleton measure cabin pressure?

A. The cabin pressure is used as an input for several things. The -- I need to explain a little bit, I guess, about atmosphere.

The atmosphere is composed of 21 percent oxygen -- 20.9 percent oxygen every

CERTIFICATE

I, the undersigned, a Certified Shorthand Reporter and Notary Public of the State of Iowa, do hereby certify that I acted as the Certified Shorthand Reporter in the foregoing matter at the time and place indicated herein; that I took in shorthand the proceedings had at said time and place; that said shorthand notes were reduced to typewriting under my supervision and direction, and that the foregoing pages are a full and correct transcript of the shorthand notes so taken; that said deposition was submitted to the witness for signature, if requested to do so by a party or the witness; that any changes, if any, requested by the witness are attached hereto.

I further certify that I am neither attorney nor counsel for, or related to or employed by any of the parties in the foregoing matter, and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 28th day of September, 2005.

Tammy Seuntha
CERTIFIED SHORTHAND REPORTER
and NOTARY PUBLIC