# EXHIBIT LIST

| Exhibit # | Description | Page on Which Exhibit Starts |
|---|---|---|
| 1 | Honeywell's April 20, 2006 email to Carleton | PE-1 |
| 2 | Carleton's April 21, 2006 email to Honeywell | PE-6 |
| 3 | Carleton Life Support System, Inc.'s Objections To Honeywell's Substitute Notice Of Rule 30(b)(6) Deposition On Topics 1-5 | PE-11 |