# EXHIBIT 1

**Koehn, Mark R.**

---

**From:** Koehn, Mark R.
**Sent:** Thursday, April 20, 2006 3:34 PM
**To:** Guiliano, Jay; Reiser, Bert
**Cc:** Isaacson, David C.
**Subject:** RE: Honeywell v. US, Fed. Cl. No. 04-0028C - Carleton's Basis For Failing To Designate Rule 30(b)(6) Witnesses

Jay and Bert,

I am unavailable to talk on Monday -- as I will be in route to the Raytheon depos schedule for 4/25 and 4/26 and need to resolve Carleton's position on designating Rule 30(b)(6) witnesses well prior to Monday.

This confirms that Carleton has very recently told us in meet and confer discussions that Carleton will not designate any witnesses in response to Honeywell's November 4, 2005 notice on the basis of its Rule 30(a)(2)(B) objection

Yesterday, again during meet and confer discussions, Honeywell asked that Carleton promptly advise Honeywell whether it refuses to designate a witness on any particular topic on any ground -- other than its Rule 30(a)(2)(B) objection. Honeywell explained that it was preparing a motion to compel Carleton's designations (under Rule 37(a)(2)(B)) and wanted to address any other grounds for Carleton's refusing to designate witnesses at that time. In particular, Honeywell asked whether Carleton was refusing to designate witnesses for any notice topics which seek the factual bases of various contentions -- a position that Honeywell told Carleton will be the subject of a separate motion against the Government.

As I cautioned Jay, we much prefer to deal with these issues (if any) at once since it would be more efficient for the Court and ourselves.

At this junction, unless Carleton alerts us to the contrary, we understand that Carleton's only asserted basis for failing to designate any witnesses is Carleton's Rule 30(a)(2)(B) objection and that while Carleton has other stated objections to Honeywell's November 4, 2005 notice -- none of these other basis have been advanced by Carleton as a basis for Carleton's failure to designate.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

---

**From:** Guiliano, Jay [mailto:GuilianoJ@howrey.com]
**Sent:** Thursday, April 20, 2006 2:40 PM
**To:** Koehn, Mark R.; Reiser, Bert
**Cc:** Isaacson, David C.
**Subject:** RE: Honeywell v. US, Fed. Cl. No. 04-0028C - Request For Limited Consent To Disclose

Mark:

PE-2

Carleton cannot generally agree to the disclosure of any information designated "PROTECTED INFORMATION" and/or "OUTSIDE ATTORNEYS EYES" to Raytheon's Rule 30(b)(6) designees. Do you know which particular categories of information that you desire to disclose to Raytheon's designees? We can certainly work with you so that you may disclose to Raytheon designees certain limited information protected under the protective order, provided our client is in agreement to the disclosure of that information. Without knowing the nature of the information Honeywell seeks to disclose, we cannot agree with your request.

As to your issues concerning the second 30(b)(6) of Carleton that we briefly discussed yesterday, Bert and I are out of the office on depositions today and tomorrow. We will be available to meet and confer with you about the 30(b)(6) noticed topics to Carleton on Monday. We would prefer Monday morning if that is agreeable with you.

If I have mistated anything concerning our discussions of yesterday, please let me know and I will do my best to respond to you this evening.

Regards,
Jay

J. Jay Guiliano
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
202-383-6905 (direct)
202-318-8463 (fax)

---

**From:** Koehn, Mark R. [mailto:mark.koehn@pillsburylaw.com]
**Sent:** Thursday, April 20, 2006 10:14 AM
**To:** Walter.Brown2@usdoj.gov; Guiliano, Jay; Reiser, Bert; wsniece@thelenreid.com
**Cc:** Gotts, Lawrence; Isaacson, David C.
**Subject:** FW: Honeywell v. US, Fed. Cl. No. 04-0028C - Request For Limited Consent To Disclose

Counsel:

This confirms my discussion with Wally this morning that the Govt agrees to provide written consent that Honeywell counsel may disclose information designated “PROTECTED INFORMATION” and/or “OUTSIDE ATTORNEYS EYES” to Raytheon's Rule 30(b)(6) designees provided that they agree to abide the protective order.

Bert & Jay,

We still need Carleton's response on this. Thanks.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226

PE-3

email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

---

**From:** Koehn, Mark R.
**Sent:** Thursday, April 20, 2006 9:01 AM
**To:** 'Walter.Brown2@usdoj.gov'; 'GuilianoJ@howrey.com'; 'ReiserB@howrey.com'; 'wsniece@thelenreid.com'
**Cc:** Gotts, Lawrence; Isaacson, David C.
**Subject:** FW: Honeywell v. US, Fed. Cl. No. 04-0028C - Request For Limited Consent To Disclose

Counsel for Govt and Carleton,

Please respond to Honeywell's requested below.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

---

**From:** Koehn, Mark R.
**Sent:** Wednesday, April 19, 2006 2:27 PM
**To:** 'Walter.Brown2@usdoj.gov'; 'GuilianoJ@howrey.com'; 'ReiserB@howrey.com'; 'wsniece@thelenreid.com'
**Cc:** Gotts, Lawrence; Isaacson, David C.
**Subject:** Honeywell v. US, Fed. Cl. No. 04-0028C - Request For Limited Consent To Disclose

Counsel:

This confirms our discussion with Raytheon's counsel that Raytheon's Rule 30(b)(6) designees will have read the protective order and will, on the record, agree to abide its terms.

Honeywell requests that the Government and Carleton provide their written consent that Honeywell counsel may disclose information designated “PROTECTED INFORMATION” and/or “OUTSIDE ATTORNEYS EYES” to Raytheon's Rule 30(b)(6) designees provided that they agreed to abide the protective order.

Thank you in advance to your courtesy on this.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

PE-4

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

================================================================
The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

================================================================

--------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be confide
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents
If you receive this email in error, please notify us by reply email immediately so that we can arrange for the re

PE-5