Electronically Filed on 6/2/06

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC., Plaintiffs, v. THE UNITED STATES Defendant, and CARLETON LIFE SUPPORT SYSTEMS, INC., Defendant-Intervenor, and RAYTHEON AIRCRAFT COMPANY, Defendant-Intervenor. | No. 04-0028C<br>Chief Judge Edward J. Damich (Trial) |

UNOPPOSED MOTION FOR DISMISSAL OF COUNTS I AND II PERTAINING TO U.S. PATENT NO. 4,661,124 PURSUANT TO RCFC 41

Plaintiffs Honeywell Normalair-Garrett Holdings Ltd., Honeywell Aerospace UK, and Honeywell International Inc. (collectively "Honeywell") hereby move this Court to dismiss with prejudice Count I, The Unlicensed Use Of The ‘124 Patent By Or For The Government, and Count II, Fifth Amendment Claim For The Government’s Taking Of The ‘124 Patent, pursuant to RCFC 41.

Honeywell has consulted with counsel for defendant, the United States (the “Government”), and defendant-intervenors Carleton Life Support Systems, Inc. (“Carleton”) and

Raytheon Aircraft Company ("Raytheon") and has been authorized by them to represent that the defendant and the defendant-intervenors do not oppose this motion.

For these reasons, the Court should enter the accompanying proposed Order dismissing Counts I and II of Honeywell's complaint pertaining to the '124 patent.

Respectfully submitted,

June 2, 2006

s/Lawrence J. Gotts

Lawrence J. Gotts
Mark Koehn
David Isaacson
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this UNOPPOSED MOTION FOR DISMISSAL OF COUNTS I AND II PERTAINING TO U.S. PATENT NO. 4,661,124 PURSUANT TO RCFC 41 was served by e-mail and first-class mail, postage prepaid, this 2nd day of June 2006 to:

John Fargo
Walter W. Brown
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0341
Fax: (202) 307-0345
Email: john.fargo@usdoj.gov
walter.brown2@usdoj.gov
erica.franklin@usdoj.gov
Counsel for United States of America

Bert C. Reiser, Esq.
J. Jay Guiliano, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
Tel: (202) 783-0800
Fax: (202) 383-6610
E-mail:reiserb@howrey.com
guilianoj@howrey.com
Counsel for Carleton Life Support Systems, Inc.

William Samuel Niece, Esq.
James M. Hall, Esq.
Thelen Reid & Priest LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel: (408) 282-1842
Fax: (408) 278-8242
E-mail:wsniece@thelenreid.com
jhall@thelenreid.com
Counsel for Raytheon Aircraft Company

s/Nancy Sherbow
Nancy Sherbow

400402363v1