**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.,** | ) | |
| **Plaintiffs,** | ) | **No. 04-0028C** |
| **v.** | ) | **Judge Edward M. Damich (Trial)** |
| **THE UNITED STATES,** | ) | |
| **Defendant, and** | ) | |
| **CARLETON LIFE SUPPORT SYSTEMS, INC.,** | ) | |
| **Defendant-Intervenor, and** | ) | |
| **RAYTHEON AIRCRAFT COMPANY,** | ) | |
| **Defendant-Intervenor.** | ) | |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on PLAINTIFFS' UNOPPOSED MOTION FOR DISMISSAL OF COUNTS I AND II PERTAINING TO U.S. PATENT NO. 4,661,124, it appearing to the Court that the motion should be granted, it is hereby

ORDERED that Counts I and II of Honeywell's Complaint pertaining to U.S. Patent No. 4,661,124 are dismissed with prejudice.

Date:____________________

______________________________
Hon. Edward M. Damich
Judge, United States Court of Federal Claims