IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS LTD.,<br>HONEYWELL AEROSPACE UK, and<br>HONEYWELL INTERNATIONAL INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-0028C |
| THE UNITED STATES, | ) | Chief Judge Edward J. Damich |
| Defendant, and | ) | |
| CARLETON LIFE SUPPORT SYSTEMS, INC., | ) | |
| Defendant-Intervenor, and | ) | |
| RAYTHEON AIRCRAFT COMPANY, | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Defendant, the United States ("the Government"), hereby moves for an enlargement of time within which to file its motion for issuance of requests for international judicial assistance. Specifically, the Government requests an enlargement of nine days, which will extend the current deadline of June 14, 2006, to June 23, 2006. The Government seeks this enlargement to provide both Government counsel and Plaintiffs' counsel time to evaluate issues related to the disclosure of Plaintiffs' proprietary information, which has been produced under the Stipulated Protective Order, to (1) this Court as well as (2) any English court that will receive orders issued by this Court that compel discovery from Humphrey A. S. Hamlin and Roger M. Marsh.

Plaintiffs Honeywell Normalair-Garrett Holdings Ltd., Honeywell Aerospace UK, and Honeywell International, Inc. have been informed of this motion and oppose it.

In support of this motion, the Government states:

(1) By order dated May 24, 2006, this Court set the deadline for the Government to file a Motion for Issuance of Requests for International Judicial Assistance on or before June 14, 2006, seeking the depositions of former Plaintiffs' employees Humphrey A. S. Hamlin and Roger M. Marsh.

(2) Since that order, the Government has retained Colin Joseph, a solicitor from the London-based firm of Kendall Freeman, to evaluate the Government's draft request for international judicial assistance. The Government retained Mr. Joseph to ensure that the request will be accepted by the English courts for compelling the depositions of Humphrey Hamlin and Roger Marsh, without any additional action by this Court.

(3) It has recently come to the Government's attention that the requirements of the English courts will require that the request for international assistance from this Court include very detailed information about the scope of discovery that will be sought from Mr. Marsh and Mr. Hamlin. This level of detail, in turn, will require this Court and the relevant English court to receive and evaluate certain information and documents from Plaintiffs that have been designated as "Protected Information" and/or "Outside Attorneys' Eyes Only" under the Stipulated Protective Order.

(4) The requested enlargement is expected to permit Government counsel and Plaintiffs' counsel to discuss the disclosure of such information to this Court and the English courts in the filed request. The Government also believes that the enlargement will allow adequate time for it to provide its request to Plaintiffs' counsel prior to filing, so that Plaintiffs

can evaluate (a) what information and documents are disclosed and (b) how such information and documents should be protected.

(5) The requested enlargement is also expected to provide adequate time for the Government to move for leave to electronically file sealed documents, in accordance with General Order No. 42A.

For the foregoing reasons and good cause having been shown, the Government requests this Court to enlarge the time to file a motion for issuance of requests for international judicial assistance by a period of nine days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Of Counsel:
ERICA A. FRANKLIN

Dated: June 12, 2006

Attorneys for the United States