# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HONEYWELL NORMALAIR - GARRETT HOLDINGS, LTD., ET AL., )
)
Plaintiffs, )
) Docket No. 04-28
v. )
)
UNITED STATES, )
)
Defendant. )

Room 701
National Courts Building
717 Madison Place N.W.
Washington, D.C.

Monday,
May 22, 2006

The parties met, pursuant to notice of the Court, at 1:02 p.m.

BEFORE: HONORABLE EDWARD J. DAMICH
Chief Judge

APPEARANCES:

For the Plaintiff:

LAWRENCE J. GOTTS, Esquire
MARK KOEHN, Esquire
DAVID ISAACSON, Esquire
Pillsbury Winthrop Shaw Pittman, LLP
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7604

APPEARANCES: (Cont'd)

For the Defendant:

WALTER BROWN, Esquire
ERICA FRANKLIN, Esquire
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-0341

For the Intervenor, Raytheon Aircraft Company:

WILLIAM SAMUEL NIECE, Esquire
Thelen Reid & Priest LLP
225 West Santa Clara Street, Suite 1200
San Jose, California 95113-1723
(408) 282-1842

For the Intervenor, Carleton Life Support Systems, Inc.:

BERT C. REISER, Esquire
JAY GUILIANO, Esquire
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 783-0800

being that Honeywell is a large company.

I can report as of late last week, Erica and I had a discussion with Bob Hollis, who is a Director of the Office of Foreign Litigation here in the Civil Division. He informed me that they have located a firm that does not have conflicts with Honeywell, and, accordingly, the Justice Department is moving forward to have a formal retention agreement with lawyers at that firm. So that's where we are with those depositions.

I will say that our hope was to file our request for international judicial assistance with the Court during May. Given the amount of time it's taken and effort it's taken to find a law firm in England, I'm not sure that will happen before May 31.

Regardless, the procedures, the international procedures, as I understand them, will take a matter of months regardless of when we file our paperwork with Your Honor. So those are pending depositions that are also out there.

THE COURT: I guess you'll need time to translate the documents into British.

(Laughter.)

MR. BROWN: Yes, that's my understanding, is that if you represent document requests or, in this

case, you know, the topics you want to discuss with a deponent, you have to frame them in a way that's commensurate with discovery law in the UK. And within the Justice Department, there are only American lawyers, so we don't have expertise at that.

So if we're going to go through the procedure, I think the position here is that we want to make sure the papers are properly filed and properly written.

THE COURT: Okay. So, Mr. Brown, then in substance, it seems you agree with Mr. Koehn. In other words, the outstanding issues seem to be the two motions to compel and the international judicial assistance documentation for Mr. Marsh and Mr. Hamlin. Is that correct?

MR. BROWN: That's right. And as far as moving forward beyond that to the schedule, I think I agree with Mr. Koehn that we're open to whatever suggestions Your Honor has. I haven't had a chance to discuss with all with Defendants as to, you know, what kind of schedule they would propose.

I do agree with Mr. Koehn that we had submitted claim charts, we had briefed this, all the Markman issues to Judge Firestone, and we were just waiting for the impending Markman order and the

voluntarily submit to a deposition. That's why it's taken this long.

THE COURT: Let me ask you, Mr. Brown, a question about, you know, an end time. Is there provision in these IJAs for a date certain in which, you know, the depositions take place and that the information is conveyed? Is there some order to back that up by British courts?

MR. BROWN: I'm not sure of the exact procedures. I think the reality is is that once the English court issues the order, they may set a date. I'm not sure. But certainly, since you're compelling someone in England, it's ultimately the say of the English court as far as timing goes.

THE COURT: Yes.

MR. BROWN: I suppose we can make a request for date certain, but how they would react to that, without the advice of a UK attorney, I just simply don't know.

THE COURT: Yes. Mr. Koehn, you're concerned about time here. I remind you, number one, that at least Mr. Brown has represented that he doesn't think that it would delay at least claim construction, but I understand your position and am somewhat sympathetic to it.