# EXHIBIT 2

**Koehn, Mark R.**

---

**From:** Koehn, Mark R.
**Sent:** Wednesday, May 24, 2006 11:27 AM
**To:** Walter.Brown2@usdoj.gov; John.Fargo@usdoj.gov; Erica.Franklin@usdoj.gov; Reiser, Bert; Guiliano, Jay; Niece, W. Sam; Hall, James
**Cc:** Gotts, Lawrence; Isaacson, David C.
**Subject:** Honeywell v. US, Fed. Cl. No. 04-0028C - Request For Meet & Confer On Deposition Scheduling

**Attachments:** HWO-Order Granting MTC Govt & Carleton Designees 2006-05-24.pdf

Counsel:

Please see the Court's attached order.

Government Counsel:

Please identify designees on Topics 3, 6 and 7 of Honeywell's RCFC 30(b)(6) notice to the Government as well as proposed dates for their testimony. We are open to proposals that may cause us to revisit the current schedule for Government deponents.

Carleton Counsel:

In accordance with the attached order, Honeywell hereby withdraws those portions of Topics 6-10 of Honeywell's second RCFC 30(b)(6) notice to Carleton that are duplicative of Topics 1-5 of Honeywell's second RCFC 30(b)(6) notice to Carleton.

Please identify designees on Topic 3 of Honeywell's first RCFC 30(b)(6) notice to Carleton and Topics 6-23 of Honeywell's second RCFC 30(b)(6) notice to Carleton (as amended) as well as proposed dates for their testimony. We are open to proposals that may cause us to revisit the current schedule for Carleton deponents.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

HWO-Order
·anting MTC Govt &

# In the United States Court of Federal Claims

No. 04-28 C
(Filed: May 24, 2006)

*************************************

HONEYWELL NORMALAIR-GARRETT HOLDINGS LDT., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

CARLETON LIFE SUPPORT SYSTEMS, INC.,

Defendant-Intervenor,

RAYTHEON AIRCRAFT COMPANY,

Defendant-Intervenor.

*************************************

## ORDER

On May 4, 2006, Plaintiffs filed a Motion to Compel Defendant to Designate Witnesses Under RCFC 30(b)(6). In the motion, Plaintiffs ask the Court to compel Defendant to designate witnesses to testify on its behalf with respect to Topics 1-17 of Plaintiffs' Rule 30(b)(6) Deposition Notice to the Government. Plaintiffs further request the award of costs and reasonable attorneys' fees in litigating the motion. Subsequent to Plaintiffs' filing of the motion, Defendant designated witnesses to testify with respect to Topics 1-2, 4-5, and 8-17, rendering that portion of the motion moot. Hence, the motion applies only to Topics 3, 6, and 7. Plaintiffs' motion is GRANTED IN PART. Defendant shall designate witnesses to testify on Topics 3, 6, and 7. Plaintiffs' questioning shall be limited, however, to factual inquiries and Defendant may object if the depositions address questions of law or are overly burdensome. Plaintiffs' request for costs and reasonable attorney's fees is denied.

On May 4, 2006, Plaintiffs also filed a Motion to Compel Defendant-Intervenor Carleton Life Support Systems to Designate Witnesses Under RCFC 30(b)(6). In the motion, Plaintiffs asks the Court to compel Carleton to designate witnesses to testify on its behalf with respect to Topics 3 and 6-23 of Plaintiffs' Rule 30(b)(6) Deposition Notice to Carleton. Plaintiffs further request the award of costs and reasonable attorneys' fees in litigating this motion. Plaintiffs' motion is GRANTED IN PART. Carleton shall designate witnesses to testify on Topics 3 and 6-23. Plaintiffs' questioning shall be limited to factual inquiries and Plaintiffs shall withdraw those aspects of the Topics that are redundant.[1] Carleton may object if the depositions address questions of law or are overly burdensome. Plaintiffs' request for costs and reasonable attorney's fees is denied.

Pursuant to the status conference held on May 22, 2006, the Court ORDERS:

1. Plaintiffs shall file a Notice of Dismissal of their claims with respect to U.S. Patent 4,661,124 on or before **June 2, 2006**.

2. Defendant shall file a Motion for Issuance of Requests for International Judicial Assistance on or before **June 14, 2006**.

3. The Fact Discovery deadline is extended in order to complete the outstanding depositions. Fact Discovery ends on **July 31, 2006**.

4. The Parties shall abide by the following schedule with respect to ¶¶ 9 and 11 of the Special Procedures Order for Cases Under 28 U.S.C. § 1498 ("SPO") issued February 13, 2006.

| | |
|---|---|
| Plaintiffs' Claim Chart | **June 26, 2006** |
| Defendants' Response Chart | **July 31, 2006** |
| Plaintiffs' Proposed Claim Construction Statement | **August 21, 2006** |
| Defendants' Response to Claim Construction Statement | **September 11, 2006** |

5. The Parties shall then follow the requirements set forth in ¶ 12 of the SPO.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Specifically, Plaintiffs shall withdraw those portions of Topics 6-10 that are duplicative of Topics 1-5.