# EXHIBIT 3

**Koehn, Mark R.**

**From:** Koehn, Mark R.
**Sent:** Monday, June 12, 2006 3:49 PM
**To:** Walter.Brown2@usdoj.gov; John.Fargo@usdoj.gov; Erica.Franklin@usdoj.gov
**Cc:** Gotts, Lawrence; Isaacson, David C.
**Subject:** RE: Request for International Judicial Assistance

Government Counsel:

Honeywell will not object to the Government's sharing with Mr. Colin Joseph, an attorney at Kendall Freeman in the United Kingdom, the Honeywell documents the Government has identified below subject to the terms of the protective order.

To the extent the Government intends to file documents attaching or providing information contained in the documents the Government has identified below (other than under seal with the United States Court of Court of Federal Claims), Honeywell objects.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

-----Original Message-----
From: Walter.Brown2@usdoj.gov [mailto:Walter.Brown2@usdoj.gov]
Sent: Friday, June 09, 2006 5:51 PM
To: John.Fargo@usdoj.gov; Erica.Franklin@usdoj.gov; Koehn, Mark R.
Cc: Gotts, Lawrence; Isaacson, David C.
Subject: RE: Request for International Judicial Assistance

Mark,

The documents we would like to provide are:

Normalair-Garrett Limited Report No. 2106W DVR 1 (NS 1851) (produced at Bates Nos. HWO 04290-4398).
Normalair-Garrett Limited Technical Proposal No. 2014 to Vought Corporation (Bates Nos. HW008223-8389) Normalair-Garrett Limited Technical Proposal No. 2025 to Cessna Aircraft Company (Bates Nos. HWO 008390-8556).

Our UK counsel has indicated that our request will only be accepted by the English courts if it contains details of the research/projects that we seek to ask Hamlin and Marsh about during their depositions. Some of the information from the documents will have to be disclosed in our request that will be sent to England. Obviously, we will seek to provide as little information as possible about the disclosed technology.

I think the best way to proceed is for us to file our documents under seal with Judge Damich and then you can raise any objections about any information that will be sent to England in your responsive brief.

Please let us know when we should anticipate a response from Honeywell regarding this matter.

Regards,

Wally

Walter W. Brown
Trial Attorney

U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Room 11000
Washington, D.C. 20005
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

-----Original Message-----
From: mark.koehn@pillsburylaw.com [mailto:mark.koehn@pillsburylaw.com]
Sent: Friday, June 09, 2006 5:33 PM
To: Brown, Walter (CIV); Fargo, John (CIV); Franklin, Erica (CIV)
Cc: lawrence.gotts@pillsburylaw.com; david.isaacson@pillsburylaw.com
Subject: RE: Request for International Judicial Assistance

Wally,

Please identify the Honeywell designated "Outside Attorneys' Eyes Only" material that the Government seeks to permission to provide to Colin Joseph of Kendall Freeman in the United Kingdom.

Also, please describe generally what he would do with it in connection with preparation for filing the Government's Request for International Judicial Assistance. For instance, reviewing to get himself up to speed about what may be the substance of deposition questions if this goes ahead in the UK, attaching to or describing in the Request for International Judicial Assistance, etc.

It is not clear to us why Mr. Joseph would need to review Honeywell's designated "Outside Attorneys' Eyes Only" information. We are concerned the such information may find its way into the Government's request that we presume would be a publicly accessible documents.

In the meantime, we will begin making inquiries with Honeywell about Mr. Joseph and his firm. Thanks.

Mark Koehn
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, VA 22102-4859

voice 703.770.7690
fax 703.770.7901
cell 301.717.3226
email mark.koehn@pillsburylaw.com
website http://www.pillsburylaw.com

-----Original Message-----
From: Walter.Brown2@usdoj.gov [mailto:Walter.Brown2@usdoj.gov]
Sent: Friday, June 09, 2006 1:28 PM
To: Isaacson, David C.; Koehn, Mark R.; Gotts, Lawrence
Cc: Erica.Franklin@usdoj.gov; John.Fargo@usdoj.gov
Subject: Request for International Judicial Assistance

Mark,

In preparation for filing our Request for International Judicial Assistance next week, please let me know if you have any objection to us providing Colin Joseph, an attorney at Kendall Freeman in the United Kingdom (www.kendallfreeman.com), with Outside Attorneys' Eyes Only" material for preparation for our filing. Attached is Colin's signature for Exhibit A of the Protective Order. Please provide a response as soon as possible so that we can avoid any further delay in the Government's filing of its request with the Court.

In addition, our understanding is that your clients, Mr. Hamlin and Mr. Marsh, reside at the following addresses:

H Hamlin -- 27 Bishopston, Montacute TA15 6UX

R.M Marsh -- 15 Harbour Way, Sherborne DT9 4AJ

Please confirm that our understanding is correct.

Thanks,

Wally

Walter W. Brown
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Room 11000
Washington, D.C. 20005
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

==============================================================
The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

==============================================================