IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 04-0028C |
| THE UNITED STATES, | ) | Chief Judge Edward J. Damich |
| Defendant, and | ) | |
| CARLETON LIFE SUPPORT SYSTEMS, INC., | ) | |
| Defendant-Intervenor, and | ) | |
| RAYTHEON AIRCRAFT COMPANY, | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE UNDER SEAL

In accordance with Paragraph I.7. of General Order 42A, Defendant, the United States ("the Government"), hereby moves for leave to file its Motion for Issuance of Requests for International Judicial Assistance under seal, which is presently due for filing on or before June 23, 2006. In its Motion, the Government anticipates discussing details of several documents produced by Plaintiffs. All of the subject documents have been restrictively marked as containing "Protected Information" and/or "Outside Attorneys' Eyes Only" information and are thereby subject to the terms of the Stipulated Protective Order entered in this case.

Plaintiffs Honeywell Normalair-Garrett Holdings Ltd., Honeywell Aerospace UK, and Honeywell International, Inc. (collectively, "Honeywell") have been informed of this motion and

oppose it. Ex. 1. The Government is not aware of any basis for Honeywell's opposition, other than its desire to obstruct, yet again, the Government's efforts to compel the depositions of Humphrey A. S. Hamlin and Roger M. Marsh. In its opposition brief ("HW Br.") to the Government's motion to enlarge time for filing until June 23, 2006, Honeywell argued that "as confirmed by Honeywell's June 12, 2006 e-mail to the Government, the Government may file in this Court any Honeywell protected information under seal. The Government does not need to evaluate that issue with Honeywell." HW Br. at 4. Indeed, in an e-mail dated June 12, 2006, Honeywell counsel Mark Koehn, a partner with the law firm of Pillsbury Winthrop Shaw Pittman LLP, indicated that he had no objection to the Government attaching or providing information in identified protected documents "under seal" with the United States Court of Federal Claims. Ex. 2. Likewise, this is the reason for the Government's present motion.

For the foregoing reasons, the Government requests that this Court grant its motion for leave to file the Motion for Issuance of Requests for International Judicial Assistance under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

Of Counsel:
ERICA A. FRANKLIN

s/Walter W. Brown
WALTER W. BROWN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

Dated: June 20, 2006

Attorneys for the United States