# Exhibit 1

**Brown, Walter (CIV)**

**From:** mark.koehn@pillsburylaw.com
**Sent:** Tuesday, June 20, 2006 12:42 PM
**To:** Brown, Walter (CIV); david.isaacson@pillsburylaw.com; lawrence.gotts@pillsburylaw.com
**Cc:** Fargo, John (CIV); Franklin, Erica (CIV)
**Subject:** RE: Government's motion for leave to file under seal

Honeywell opposes the Government's motion.

Mark. Koehn | Pillsbury Winthrop Shaw Pittman LLP
--------------------------------
Tel: 703.770.7690 | Fax: 703.770.7901 | Cell: 703.301.717.3226 1650 Tysons Boulevard | McLean, VA 22102-4859

Email: mark.koehn@pillsburylaw.com
Bio: http://www.pillsburylaw.com/mark.koehn

-----Original Message-----
From: Walter.Brown2@usdoj.gov [mailto:Walter.Brown2@usdoj.gov]
Sent: Tuesday, June 20, 2006 11:16 AM
To: Isaacson, David C.; Gotts, Lawrence; Koehn, Mark R.
Cc: Erica.Franklin@usdoj.gov; John.Fargo@usdoj.gov
Subject: Government's motion for leave to file under seal

Mark,

Attached is a draft motion for leave to file the Government's Motion for Request for International Judicial Assistance under seal. This motion is required in order to file documents under seal in the ECF system.
Please let me know if Honeywell opposes our motion. We plan on filing this motion today.

-Wally

Walter W. Brown
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Room 11000
Washington, D.C. 20005
Telephone: (202) 307-0341
Facsimile: (202) 307-0345

============================================================
The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

============================================================