**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant, and<br><br>CARLETON LIFE SUPPORT SYSTEMS, INC.<br><br>Defendant-Intervenor, and<br><br>RAYTHEON AIRCRAFT COMPANY,<br><br>Defendant-Intervenor. | No. 04-0028C<br><br>Chief Judge Edward J. Damich (Trial)<br><br>Judge Eric G. Bruggink (ADR) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Honeywell Normalair-Garrett Holdings Ltd., Honeywell Aerospace UK, and Honeywell International Inc. (collectively "Honeywell"), defendant, the United States (the "Government"), and defendant-intervenors Carleton Life Support Systems, Inc. ("Carleton") and Raytheon Aircraft Company ("Raytheon") (collectively, "the parties") jointly move to extend all prospective deadlines set forth in the Court's May 24, 2006 and June 13, 2006 Orders by 21 days.

Yesterday, June 21, 2006, the parties and counsel for Northrop Grumman Corporation ("Northrop Grumman") engaged in mediation before ADR Judge Bruggink and succeeded in reaching an agreement in principle for settling this litigation, including a requirement that the

agreement, at least with respect to Honeywell, Carleton, Raytheon, and Northrop Grumman, be reduced to a signed writing by no later than June 30, 2006.

Therefore, the parties jointly request the 21-day extension of pending deadlines.

For these reasons, the Court should enter the accompanying [proposed] Order.

* * * *

Respectfully submitted,

June 22, 2006

s/ Lawrence J. Gotts by s/Walter W. Brown
Lawrence J. Gotts
Mark Koehn
Elizabeth Miller Roesel
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JOHN FARGO
Director

s/ Walter W. Brown
WALTER W. BROWN
Attorney
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345
Attorney for the United States

June 22, 2006

Of Counsel:
ERICA A. FRANKLIN
Department of Justice

June 22, 2006

s/ W. Samuel Niece by s/ Walter W. Brown
W. SAMUEL NIECE
THELEN REID & PRIEST LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 282-1842
Facsimile: (408) 278-8242
JAMES M. HALL
THELEN REID & PRIEST LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2236
Facsimile: (212) 603-2001

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company

June 22, 2006

s/ Bert C. Reiser by s/ Walter W. Brown
BERT C. REISER
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Attorney for Defendant-Intervenor
Carleton Life Support Systems, Inc.

Attorney for Third Party
Northrop Grumman Corporation