**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 04-28C
(Filed:____________, 2006)

| | | |
|---|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant, and<br><br>CARLETON LIFE SUPPORT SYSTEMS, INC.<br><br>Defendant-Intervenor, and<br><br>RAYTHEON AIRCRAFT COMPANY,<br><br>Defendant-Intervenor. | ) | No. 04-0028C<br><br>Chief Judge Edward J. Damich (Trial)<br><br>Judge Eric G. Bruggink (ADR) |

**[PROPOSED] ORDER**

The parties Joint Motion For Enlargement of Time is granted for good cause shown. The Orders issued May 24, 2006 and June 13, 2006 are hereby amended to extend all currently pending deadlines by 21 days.

**IT IS SO ORDERED.**

_____________________________
Chief Judge Edward J. Damich

cc: ADR Sr. Judge Bruggink