**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HONEYWELL NORMALAIR-GARRETT HOLDINGS, LTD., HONEYWELL AEROSPACE UK, and HONEYWELL INTERNATIONAL INC.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant, and<br><br>CARLETON LIFE SUPPORT SYSTEMS, INC.<br><br>Defendant-Intervenor, and<br><br>RAYTHEON AIRCRAFT COMPANY,<br><br>Defendant-Intervenor. | No. 04-0028C<br><br>Chief Judge Edward J. Damich (Trial)<br><br>Judge Eric G. Bruggink (ADR) |

**STIPULATION FOR THE ENTRY OF JUDGMENT**

For the purpose of settling and compromising this action, Honeywell Normalair-Garrett Holdings Ltd., Honeywell Aerospace UK, and Honeywell International Inc. (collectively "Honeywell"), defendant, the United States (the "Government"), and defendant-intervenors Carleton Life Support Systems, Inc. ("Carleton") and Raytheon Aircraft Company ("Raytheon") (collectively, "the parties") stipulate to the following:

1. Honeywell is the sole owner of United States Patent Nos. 6,077,331 ("the '331 patent") and 6,383,256 B1 ("the '256 patent"), and has brought this action pursuant to 28 U.S.C. § 1498(a) seeking reasonable and entire compensation for the alleged unauthorized use or manufacture by or for the United States of the inventions claimed in these patents.

2. Honeywell has submitted a written offer to the Government to settle this action by fully releasing the Government from all liability for the manufacture and/or use by or for the United States of certain products supplied to the Government by Carleton and/or Raytheon, or presently ordered from Carleton and/or Raytheon, as well as from all claims that were, or could have been, brought in the Complaint in this action, up to the date of entry of judgment.

3. The Government has duly agreed to accept this offer.

4. Honeywell, Carleton, Raytheon, and Northrop Grumman Corporation have entered into a separate Settlement Agreement ("Settlement Agreement") for the purpose of settling and compromising this action.

5. In consideration for this Stipulation for Entry of Judgment and the Settlement Agreement, the parties have agreed that judgment in this action to be entered in favor of Honeywell and against the Government for the total lump sum of One-Hundred Thousand Dollars ($100,000.00). This sum is in addition to other consideration set forth in the Settlement Agreement.

6. In accordance with the terms of the offer and the acceptance and to secure the performance thereof, the Government, by its authorized representative of the Attorney General, Honeywell, Carleton, and Raytheon hereby enter into this Stipulation to be filed in the above-identified action for the purpose of causing a final judgment to be entered against the Government in accordance with the terms set forth above.

7. The Government reserves all defenses and arguments in any future litigation involving the '256 and '331 patents. Likewise, Honeywell reserves any and all arguments regarding the proper measure of compensation in any such future litigation involving those patents.

8. The parties agree to bear their own costs and attorneys' fees.

9. In the event that the Court declines to enter judgment in accordance with this stipulation, in whole or in part, the stipulation shall be void.

Respectfully submitted,

July 18, 2006

s/Lawrence J. Gotts by John J. Fargo
LAWRENCE J. GOTTS
MARK KOEHN
DAVID ISAACSON
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
Telephone: (703) 770-7900
Facsimile: (703) 770-7901
Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

July 18, 2006

s/John J. Fargo
JOHN FARGO
Director
(Authorized Representative of
the Attorney General)

July 18, 2006
Of Counsel:
ERICA A. FRANKLIN
Department of Justice

s/Walter W. Brown by John J. Fargo
WALTER W. BROWN
Attorney
Civil Division
Department of Justice
Washington, D.C. 20530
Telephone: (202) 307-0341
Facsimile: (202) 307-0345
Attorneys for the United States

July 18, 2006

s/W. Samuel Niece by John J. Fargo

W. SAMUEL NIECE
THELEN REID & PRIEST LLP.
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 282-1842
Facsimile: (408) 278-8242

JAMES M. HALL
THELEN REID & PRIEST LLP
875 Third Avenue, 10th Floor
New York, NY 10022-6225
Telephone: (212) 603-2236
Facsimile: (212) 603-2001

Attorneys for Defendant-Intervenor
Raytheon Aircraft Company

July 18, 2006

s/Bert C. Reiser by John J. Fargo
BERT C. REISER
JAY GUILIANO
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Attorneys for Defendant-Intervenor
Carleton Life Support Systems, Inc.