# In the United States Court of Federal Claims

No. 04-28 C
(Filed: July 20, 2006)

*************************************
HONEYWELL NORMALAIR-GARRETT HOLDINGS LDT., et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,

CARLETON LIFE SUPPORT SYSTEMS, INC.,

Defendant-Intervenor,

RAYTHEON AIRCRAFT COMPANY,

Defendant-Intervenor.
*************************************

**ORDER**

The Court DIRECTS the Clerk of Court to enter judgment pursuant to the Joint Stipulation for Entry of Judgment filed July 19, 2006.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge