# In the United States Court of Federal Claims

**No. 04-28 C**

**HONEYWELL NORMALAIR-GARRETT HOLDINGS LTD., ET AL.,**
**Plaintiffs,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**CARLETON LIFE SUPPORT SYSTEMS, INC.,**
**Defendant-Intervenor,**
**and**

**RAYTHEON AIRCRAFT COMPANY,**
**Defendant-Intervenor.**

Pursuant to the Stipulation for the Entry of Judgment, filed July 19, 2006, and the court's July 20, 2006 Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiffs recover of and from the United States the sum of $100,000.00. Each party shall bear their own costs and attorney's fees.

Brian Bishop
Clerk of Court

**July 20, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.